**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: TMC LEGACY TRUST | : | No. 129 WAL 2022 |
| | : | |
| | : | |
| PETITION OF: LOUIS M. CERTO, M.D. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.